**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| Joshua Jarrett, et al. | | |
| | Plaintiff | Case No.: 3:21–cv–00419 |
| v. | | |
| | | Judge William L. Campbell, Jr. |
| United States of America | | |
| | Defendant | Magistrate Judge Alistair Newbern |

NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16.01, effective August 14, 2018, notice is hereby given that the initial case management conference is scheduled before Magistrate Judge Newbern on <u>7/28/2021 at 10:30 AM.</u> The conference will be held by telephone. The parties shal call (888) 557–8511 and enter access code 7819165# to participate.

Lead trial counsel for each party who has been served and who has received this notice is required to attend the initial case management conference unless otherwise ordered by the Court. Appearance by counsel at the initial case management conference will not be deemed to waive any defenses to personal jurisdiction.

Counsel shall be prepared to confirm the scheduling of future litigation dates in the conference, including availability for trial.

Counsel for the plaintiff is directed to notify Magistrate Judge Newbern's courtroom deputy to reset the conference if none of the defendants has been served and appeared by three days before the scheduled conference date.

Counsel for all parties must, at the initiative of plaintiff's counsel, prepare and submit a joint proposed case management order that encompasses the discovery plan required by Fed. R. Civ. P. 26(f), addresses any issues that can be resolved by agreement, and is otherwise in compliance with Local Rule 16.01(f). Counsel shall also ensure that the proposed initial case management order conforms to the requirements of the sample initial case management order of the assigned district judge, available on the Court's website. In addition, the proposed case management order shall be emailed in Word format to Newbern_Chambers@tnmd.uscourts.gov no later than three (3) business days before the initial case management conference. If the proposed order cannot be filed and emailed on time, the plaintiff's counsel is responsible for contacting the Magistrate Judge's chambers to reschedule the conference.

Effective December 1, 2000, Fed. R. Civ. P. 26(a)(1) and April 18, 2005, Administrative Order No. 167 regarding required initial disclosures and electronic proposed orders applies.

**PURSUANT TO LOCAL RULE 16.01(e)(2), COUNSEL FOR THE PARTY FILING THIS LAWSUIT MUST SERVE A COPY OF THIS NOTICE ON THE OTHER PARTIES TO THIS LAWSUIT, ALONG WITH THE SUMMONS AND COMPLAINT <u>OR</u> WITH THE REQUEST FOR WAIVER OF SERVICE UNDER FED. R. CIV. P. 4(d), <u>OR</u> WITH THE SERVICE COPY OF THE NOTICE OF REMOVAL.**

CLERK'S OFFICE
Middle Districe of Tennessee