# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# J. Abraham Sutherland

Bar Number 242528

was duly admitted to practice in this Court on May 11, 2021, and is in good standing as a member of the bar of this Court.

Signed on May 27, 2021 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court

