# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

## CERTIFICATE OF GOOD STANDING

I, __Julia C. Dudley__, Clerk of this Court, certify that __Jeffrey Matthew Harris__, Bar # __4375669__, was duly admitted to practice in this Court on __05/27/2020__, and is in good standing as a member of the Bar of this Court.

Dated at __Roanoke, VA__ on __05/26/2021__
               *(Location)*                *(Date)*

*[signature]*          *[signature]*
CLERK          DEPUTY CLERK