# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Sean Patrick McElroy

Bar Number 312522

was duly admitted to practice in this Court on March 25, 2021, and is in good standing as a member of the bar of this Court.

Signed on June 1, 2021 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court

