# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT; JESSICA JARRETT,<br><br>                    Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 3:21-cv-419<br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair Newbern |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Jacob A. Wittman hereby moves for admission to appear *pro hac vice* in the above above-captioned action as counsel for Plaintiffs, Joshua Jarrett and Jessica Jarrett.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the U.S. District Court for the Western District of Washington. Attached is a certificate of good standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Cameron T. Norris (BPR #033467)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Jacob A. Wittman

**Name**: Jacob A. Wittman
**State where admitted and State Bar Number**: Washington, 52903
**Business Address**: 801 California Street, Mountain View, CA 94041
**Phone**: 650-988-8500
**Email**: jwittman@fenwick.com

## CERTIFICATE OF SERVICE

On May 27, 2021, I e-filed this motion and mailed a copy to Civil Process Clerk, United States Attorney's Office, 110 9th Avenue South, Suite A-961, Nashville, Tennessee 37203; and United States of America, c/o The Honorable Merrick B. Garland, Attorney General of the United States, Department of Justice, Room B103, 950 Pennsylvania Ave, NW, Washington, D.C. 20530-0001.

s/ Cameron T. Norris (BPR #033467)