**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
U.S. COURTHOUSE, LOBBY LEVEL
700 STEWART STREET, SUITE 2310
SEATTLE, WASHINGTON 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**ERIC L. SMITS**
Chief Deputy Clerk

May 7, 2021

Jacob Wittman
Fenwick & West LLP
1191 2nd Ave 10th Floor
Seattle, WA 98101

Dear Jacob Wittman:

I received your petition for admission to the bar of the United States District Court for the Western District of Washington. Your admission has been granted. Enclosed is a certificate of admission and a brochure about our Pro Bono Panel. You are encouraged to visit the Court's website at www.wawd.uscourts.gov for more information about the Court, its services, and our Local Rules.

Now that you have been admitted to practice in the Western District of Washington, you are eligible for membership in the Federal Bar Association, which serves as a link between federal judges and lawyers in this District. FBA membership includes valuable learning and networking opportunities that may help you as you begin your practice in the Western District. The FBA is independent from this Court, and membership is not mandatory. For more information about the FBA and/or to register online, you may visit http://www.fba-wdwash.org/

Please review the enclosed certificate of admission for accuracy. If there are any typos or spelling errors, please do not hesitate to contact me at 206-370-8862.

Sincerely,

*Dana Scarp*

Dana Scarp
U.S. District Court
Attorney Admissions Clerk

# United States District Court
## Western District of Washington



We, Ricardo S. Martinez, Chief Judge, and William M. McCool, Clerk of Court, do hereby certify that

## Jacob Wittman

was duly admitted and qualified to practice as an Attorney in the United States District Court, Western District of Washington, on May 7, 2021.

*In testimony whereof, I hereunto set my hand and apply my signature under the seal of said Court, on this day, May 7, 2021.*

*In testimony whereof, I hereunto set my hand and apply my signature under the seal of said Court, on this day, May 7, 2021.*

_____
Chief Judge

_____
Clerk of Court