# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| Jarrett | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:21-cv-00419 |
| United States of America | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA
c/o The Honorable Merrick B. Garland
Department of Justice, Room B103
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/26/2021

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Merrick Garland, U.S. Attorney General

was received by me on *(date)*    May 26, 2021    .

❏ I personally served the summons on the individual at *(place)*

on *(date)*    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Merrick Garland, U.S. Attorney General    , who is

designated by law to accept service of process on behalf of *(name of organization)*

U.S. Department of Justice    on *(date)*    June 4, 2021    ; or

❏ I returned the summons unexecuted because    ; or

☒ Other *(specify):*    Served by certified mail. Return receipt is attached.

My fees are $    for travel and $    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    June 17, 2021

/s/ Sean P. McElroy

*Server's signature*

Sean P. McElroy, Associate Attorney, Fenwick & West LLP

*Printed name and title*

Silicon Valley Center
801 California Street
Mountain View, CA 94041

*Server's address*

Additional information regarding attempted service, etc:



USPS TRACKING #

9590 9402 1838 6104 6975 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Pleas                              P+4® in this box•

Sean McElroy

Fenwick & West LLP
Silicon Valley Center
801 California St.
Mt. View, CA  94041

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES OF AMERICA
c/o The Honorable Merrick B. Garland
Department of Justice, Room B103
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

|||||||||||||||||||||||||||||||||||||||||||
9590 9402 1838 6104 6975 97

2. Article Number (Transfer from service label)

7018 1830 0001 5997 2287

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt