# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Jarrett <br><br> *Plaintiff* <br> v. <br> United States of America <br><br> *Defendant* | Civil Action No. 3:21-cv-419 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, through
Mary Jane Stewart
U.S. Attorney for Middle District of Tennessee
110 9th Avenue South
Suite A-961
Nashville, TN 37203
ATTN: Civil Process Clerk

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/18/2021

_____
Signature of Clerk or Deputy Clerk

**SERVICE COPY**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mary Jane Stewart, U.S. Attorney, M.D. Tenn.

was received by me on *(date)* June 18, 2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mary Jane Stewart, U.S. Attorney, M.D. Tenn. , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* June 22, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served by certified mail. Return receipt is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 2, 2021

/s/ Sean P. McElroy
*Server's signature*

Sean P. McElroy, Associate Attorney, Fenwick & West LLP
*Printed name and title*

Silicon Valley Center
801 California Street
Mountain View, CA 94041
*Server's address*

Additional information regarding attempted service, etc:



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Melb McKneel*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) Melissa N. Russell  C. Date of Delivery 6/22/21 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>United States Attorney's Office –<br>Middle District of Tennessee<br>110 9th Avenue South, Suite A-961<br>Nashville, Tennessee 37203 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 1838 6104 6976 10 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 2140 0000 1777 9181 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |