# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, JESSICA JARRETT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:21-cv-00419<br><br>PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs Joshua Jarrett and Jessica Jarrett move for a continuance of the initial case management conference scheduled before Magistrate Judge Newbern on July 28, 2021, at 10:30 AM. Defendant, United States of America, has not yet appeared in this matter. Plaintiffs thus cannot timely prepare the joint proposed case management conference order, and, accordingly, respectfully request that the conference be rescheduled.

Plaintiffs move to continue the initial case management conference to the week of August 9, 2021, to allow the United States sufficient time to appear. If all participants are available, counsel respectfully requests a conference on August 10, 2021. Counsel are also available August 11 through August 13, 2021.

Respectfully submitted,

CONSOVOY MCCARTHY PLLC

__/s/ *Cameron T. Norris*_____
Jeffrey M. Harris*
Cameron T. Norris
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

FENWICK & WEST LLP
David L. Forst
Sean P. McElroy
Jacob A. Wittman
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711
Telephone: 805.689.4577

DATED: July 21, 2021

*Attorneys for Plaintiffs*