UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:21-cv-00419 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On July 21, 2021, Plaintiffs Joshua Jarrett and Jessica Jarrett filed a motion to continue the initial case management conference. (Doc. No. 15). The motion is GRANTED. The initial case management conference is CONTINUED to August 13, 2021, at 10:00 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge