# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| Jarrett | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-419 |
| United States of America | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America, through
Mary Jane Stewart
U.S. Attorney for Middle District of Tennessee
110 9th Avenue South
Suite A-961
Nashville, TN 37203
ATTN: Civil Process Clerk

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/18/2021                                        _____
*Signature of Clerk or Deputy Clerk*

## SERVICE COPY

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mary Jane Stewart, U.S. Attorney, M.D. Tenn.

was received by me on *(date)*  June 18, 2021      .

☐  I personally served the summons on the individual at *(place)*  _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*  Mary Jane Stewart, U.S. Attorney, M.D. Tenn.  , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* June 28, 2021   ; or

☐  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*      Served by certified mail. Return receipt is attached.


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:  July 27, 2021 _____          /s/ Sean P. McElroy

_____
*Server's signature*

Sean P. McElroy, Associate Attorney, Fenwick & West LLP
_____
*Printed name and title*

Silicon Valley Center
801 California Street
Mountain View, CA 94041
_____
*Server's address*


Additional information regarding attempted service, etc:



USPS TRACKING #

9590 9402 5060 9092 4500 40

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please p... ...® in this box•

Sean McElroy

Fenwick & West LLP
Silicon Valley Center
801 California St.
Mt. View, CA  94041



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: Civil Process Clerk
United States of America, through
Mary Jane Stewart
U.S. Attorney for Middle District of
Tennessee
Suite A-961
Nashville, TN 37203

9590 9402 5060 9092 4500 40

2.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Liz Lopes*

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Liz LOPES     06/28/2021

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt