**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JOSHUA JARRETT, JESSICA JARRETT<br><br>           Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. 3:21-cv-00419<br><br>PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

## <u>MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE</u>

Plaintiffs Joshua Jarrett and Jessica Jarrett, by and through their undersigned counsel, hereby move for a continuance of the initial case management conference scheduled before Magistrate Judge Newbern on August 13, 2021, at 10:30AM.

Defendant United States of America has not yet appeared in this matter. Plaintiffs cannot therefore timely prepare the joint proposed case management conference order, and, accordingly, respectfully request that the conference be rescheduled.

Accordingly, Plaintiffs move to continue the initial case management conference to allow the United States sufficient time to appear in this matter and for the parties to confer prior to the conference. If all participants are available, counsel respectfully requests a conference during the week of September 20, 2021.

Respectfully submitted,

CONSOVOY MCCARTHY PLLC
Cameron T. Norris
Jeffrey M. Harris
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

FENWICK & WEST LLP
David L. Forst

__/s/ Sean P. McElroy__
Sean P. McElroy
Jacob A. Wittman
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711
Telephone: 805.689.4577

DATED: August 6, 2021

*Attorneys for Plaintiffs*