UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, et al., | |
| Plaintiffs, | Case No. 3:21-cv-00419 |
| v. | Judge William L. Campbell, Jr. |
| UNITED STATES OF AMERICA, | Magistrate Judge Alistair E. Newbern |
| Defendant. | |

## ORDER

On August 6, 2021, Plaintiffs Joshua Jarrett and Jessica Jarrett filed a motion to continue the initial case management conference set on August 13, 2021. (Doc. No. 23). The motion is GRANTED. The initial case management conference is CONTINUED to September 21, 2021, at 10:00 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge