# United States District Court

### Central District of California

## CERTIFICATE OF
## GOOD STANDING

---

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Ryan O'Connor McMonagle_____, Bar No. _____266323_____

was duly admitted to practice in this Court on _____December 18, 2009_____
<br>DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _____August 30, 2021_____
<br>Date

KIRY K. GRAY
<br>Clerk of Court

By _/s/ Shea Bourgeois_
<br>Shea Bourgeois, Deputy Clerk



G-52 (10/15)  CERTIFICATE OF GOOD STANDING - BAR MEMBER