IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | Case No. 3:21-cv-00419 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2021, the United States' Answer was served via the Court's CM/ECF system to:

David L. Forst
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
dforst@fenwick.com

Jeffrey M. Harris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
jeff@consovoymccarthy.com

Sean P. McElroy
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
smcelroy@fenwick.com

*Counsel for Plaintiffs*

Dated: September 2, 2021

                                  DAVID A. HUBBERT
                                  Acting Assistant Attorney General

                                  */s/ Ryan O. McMonagle*
                                  RYAN O. MCMONAGLE
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P.O. Box 227
                                  Washington, D.C.  20044
                                  202-307-1355 (v)
                                  202-514-6866 (f)
                                  Ryan.McMonagle@usdoj.gov