IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| JOSHUA JARRETT and<br>JESSICA JARRETT, | ) | Case No. 3:21-cv-00419 |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned co-counsel for the United States of America hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

Dated: September 9, 2021

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Stephen S. Ho*
STEPHEN S. HO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-8994 (v)
202-514-6866 (f)
Stephen.S.Ho@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 9, 2021, I filed the foregoing Motion for Admission

*Pro Had Vice* with the Clerk of Court using the CM/ECF system which shall send

notification of such filing to the following registered CM/ECF users:


David L. Forst
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
dforst@fenwick.com

Jeffrey M. Harris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
jeff@consovoymccarthy.com

Sean P. McElroy
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
smcelroy@fenwick.com

*Counsel for Plaintiffs*


/s/ Stephen S. Ho
STEPHEN S. HO
Trial Attorney, Tax Division