# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    STEPHEN SHUCHING HO    , Bar #    SH1636

was duly admitted to practice in the Court on

    March 11, 2014

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    September 8, 2021
New York, New York

Ruby J. Krajick    By    s/ A. Eames
Clerk of Court             Deputy Clerk