**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| JOSHUA JARRETT; JESSICA JARRETT | |
| Plaintiffs, | |
| v. | No. 3:21-cv-00419 |
| UNITED STATES OF AMERICA | |
| Defendant. | |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

In accordance with Local Rule 83.01(g), please take notice that Jacob A. Wittman of Fenwick & West LLP hereby withdraws his appearance for Plaintiffs in the above action. Plaintiffs shall continue to be represented by the law firms of Fenwick & West LLP and Consovoy McCarthy PLLC in this action.

Dated:  January 21, 2022

Respectfully submitted,

CONSOVOY MCCARTHY PLLC
Cameron T. Norris
Jeffrey M. Harris
1600 Wilson Boulevard, Suite 700
Arlington, VA  22209
Telephone:    703.243.9423

FENWICK & WEST LLP
David L. Forst

__/s/ Sean P. McElroy__
Sean P. McElroy
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711
Telephone:    805.689.4577

*Attorneys for Plaintiffs*