UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, JESSICA JARRETT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:21-cv-00419 |

**PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order dated February 10, 2022, the Parties have conferred and agreed to the following proposed briefing schedule for the United States' forthcoming motion to dismiss:

Motion to Dismiss – February 28, 2022.

Opposition to Motion to Dismiss – March 14, 2022

Reply to Opposition to Motion to Dismiss – March 21, 2022.

Dated: February 22, 2022

CONSOVOY MCARTHY PLLC
Jeffrey M. Harris
Cameron T. Norris
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

FENWICK & WEST LLP
David L. Forst
/s/ Sean P. McElroy
Sean P. McElroy
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711
Telephone: 805.689.4577


*Counsel for Plaintiffs*