IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | Case No. 3:21-cv-00419 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## UNITED STATES' MOTION TO DISMISS COMPLAINT

Defendant the United States of America moves under Rule 12(b)(1) to dismiss the complaint for lack of subject matter jurisdiction. As explained in the attached memorandum of law, Declaration of Ryan O. McMonagle and Exhibit thereto, Plaintiffs' refund claim is moot because the United States has fully refunded the federal income taxes and statutory interest demanded in the Complaint.

Dated: February 28, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
STEPHEN S. HO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-1355; 202-616-8994 (v)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov
Stephen.S.Ho@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered to receive such notice.

        */s/ Ryan O. Mcmonagle*
        RYAN O. MCMONAGLE
        Trial Attorney
        United States Department of Justice, Tax
        Division