IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | Case No. 3:21-cv-00419 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### DECLARATION OF RYAN O. MCMONAGLE
### UNITED STATES' MOTION TO DISMISS COMPLAINT

I, Ryan O. McMonagle, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the United States Department of Justice, Tax Division, and am counsel for the United States in this matter. I have personal knowledge of the matters set forth in this declaration.

2. On January 28, 2022, the Internal Revenue Service issued a refund check to Plaintiffs for the 2019 tax year in the amount of $4,001.83, consisting of: (i) $3,793 for the refund of federal income taxes; and (ii) $208.83 of interest under 26 U.S.C. §§ 6611, 6621.

3. On February 14, 2022, the refund check was delivered by FedEx Priority Overnight to Plaintiffs' counsel. A true and correct copy of the tracking information is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Rockville, Maryland on February 28, 2022.

*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE

2
Case 3:21-cv-00419   Document 41-1   Filed 02/28/22   Page 2 of 2 PageID #: 117