

February 25, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 776025198293

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | O.PEREZ | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | MOUNTAIN VIEW, CA, |
| | | Delivery date: | Feb 14, 2022 09:05 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 776025198293 | Ship Date: | Feb 11, 2022 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**  
MOUNTAIN VIEW, CA, US,

**Shipper:**  
WASHINGTON, DC, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.



Exhibit A

Thank you for choosing FedEx.