IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | Case No. 3:21-cv-00419 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## UNITED STATES' CERTIFICATE OF SERVICE OF MOTION TO DISMISS COMPLAINT

I hereby certify that on the 28th day of February, 2022, I electronically filed the United States' Motion to Dismiss, Memorandum in Support of the United States' Motion to Dismiss, Declaration of Ryan O. McMonagle, and Exhibit A (FedEx Proof of Delivery) with the Clerk of Court using the CM/ECF system, which sent notification to Plaintiffs' counsel:

David L. Forst
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
dforst@fenwick.com

Sean P. McElroy
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
smcelroy@fenwick.com

Jeffrey M. Harris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
jeff@consovoymccarthy.com

Cameron Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
cam@consovoymccarthy.com

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711
abesutherland@gmail.com

Dated: March 1, 2022

    DAVID A. HUBBERT
    Deputy Assistant Attorney General

    */s/ Ryan O. McMonagle*
    RYAN O. MCMONAGLE
    STEPHEN S. HO
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Washington, D.C. 20044
    202-307-1355; 202-616-8994 (v)
    202-514-6866 (f)
    Ryan.McMonagle@usdoj.gov
    Stephen.S.Ho@usdoj.gov

2

Case 3:21-cv-00419   Document 43   Filed 03/01/22   Page 2 of 2 PageID #: 132