UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action Number 3:21-cv-00419 |
| UNITED STATES OF AMERICA, | ) District Judge William L. Campbell, Jr. ) Magistrate Judge Alistair Newbern ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

Jason W. Callen, of K&L Gates LLP, 222 Second Avenue South, Suite 1700, Nashville, Tennessee 37201, hereby enters his appearance as counsel for Plaintiffs Joshua Jarrett and Jessica Jarrett.

Respectfully submitted,

/s/ Jason W. Callen
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Charles I. Malone (#22904)
charlie.malone@klgates.com
Jason W. Callen (#26255)
jason.callen@klgates.com
R. Gregory Parker (#32516)
greg.parker@klgates.com
K&L Gates LLP
222 Second Avenue South, Suite 1700
Nashville, Tennessee 37201
(615) 780-6700
(615) 780-6799

*Counsel for Plaintiffs Joshua Jarrett and Jessica Jarrett*

# CERTIFICATE OF SERVICE

   I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this March 9, 2022, on the following:

Jeffrey M. Harris
Cameron Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste 700
Arlington, VA 22209

David L. Forst
Sean P. McElroy
Fenwich & West LLP
801 California Street
Mountain View, CA 94041

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711

Jacob A. Wittman
Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101

Ryan O'Conner McMonagle
U.S. Department of Justice, Tax Division
Civil Trial
P.O. Box 227
Washington, DC 20044

Stephen S. Ho
Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

                /s/ Jason W. Callen