IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | )<br>)<br>) |
| Plaintiffs, | )   Case No. 3:21-cv-00419<br>)   District Judge Campbell, Jr.<br>)   Magistrate Judge Newbern |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Devin P. Lyon of the law firm of Arnett, Draper & Hagood, LLP hereby enters an appearance as counsel for *amicus curiae* Coin Center.

Respectfully submitted this 14th day of March, 2022.

                                    ARNETT, DRAPER AND HAGOOD, LLP

                                    By: /s/ Devin P. Lyon
                                    Devin P. Lyon, BPR 032232
                                    **ARNETT, DRAPER & HAGOOD, LLP**
                                    800 S. Gay Street
                                    First Horizon Plaza, Suite 2300
                                    Knoxville, Tennessee 37902
                                    dlyon@adhknox.com
                                    865-546-7000
                                    *Attorney for Amicus Curiae*
                                    *Coin Center*

# CERTIFICATE OF SERVICE

I certify that on March 14, 2022, a copy of this Notice of Appearance was served on the following by the Court's Electronic Case Filing System (CM/ECF) pursuant to LR5.02:

Cameron T. Norris, Esq.
Jeffrey M. Harris, Esq.
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703-243-9423

David L. Forst, Esq.
Sean P. McElroy, Esq.
Jacob A. Wittman, Esq.
**Fenwick & West LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
650-988-8500

J. Abraham Sutherland, Esq.
104 Prospect Street
Black Mountain, NC 28711
805-689-4577

Charles Malone, Esq.
Jason W. Callen, Esq.
Joseph F. Welborn, III, Esq.
R. Gregory Parker, Esq.
**K&L Gates LLP**
222 Second Avenue South
Suite 1700
Nashville, TN 37201
615-780-6731

*Attorneys for Plaintiffs*

Ryan O. McMonagle, Esq.
Stephen S. Ho, Esq.
**U.S. Department of Justice**
**Tax Division**
P.O. Box 227
Washington, D.C. 20044
202-307-1355; 202-616-8994

*Attorneys for Defendant*

/s/ Devin P. Lyon