IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Joshua Jarret and Jessica Jarrett,
    Plaintiff(s),

v.                                                    Case No. 3:21-cv-00419

United States of America,
    Defendant(s).

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Coin Center makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐     This party is an individual, who resides in _____.

☐     This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒     This party is a privately held corporation, incorporated in Delaware and with a principal place of business in Washington, D.C.

☐     This party has parent corporations

        If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐     Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

        If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: <u>March 14, 2022</u>    Signature: <u>/s/ Devin P. Lyon</u>

                                       Printed Name: <u>Devin P. Lyon</u>

                                       Title: <u>Attorney for *amicus curiae* Coin Center</u>

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

# CERTIFICATE OF SERVICE

I certify that on March 14, 2022, a copy of this Business Entity Disclosure was served on the following by the Court's Electronic Case Filing System (CM/ECF) pursuant to LR5.02:

Cameron T. Norris, Esq.
Jeffrey M. Harris, Esq.
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703-243-9423

David L. Forst, Esq.
Sean P. McElroy, Esq.
Jacob A. Wittman, Esq.
**Fenwick & West LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
650-988-8500

J. Abraham Sutherland, Esq.
104 Prospect Street
Black Mountain, NC 28711
805-689-4577

Charles Malone, Esq.
Jason W. Callen, Esq.
Joseph F. Welborn, III, Esq.
R. Gregory Parker, Esq.
**K&L Gates LLP**
222 Second Avenue South
Suite 1700
Nashville, TN 37201
615-780-6731

*Attorneys for Plaintiffs*

Ryan O. McMonagle, Esq.
Stephen S. Ho, Esq.
**U.S. Department of Justice**
**Tax Division**
P.O. Box 227
Washington, D.C. 20044
202-307-1355; 202-616-8994

*Attorneys for Defendant*

/s/ Devin P. Lyon