# Exhibit A



U.S. Department of Justice

Tax Division
*Civil Trial Section, Eastern Region*

| DAH:DSM:ROMcMonagle | P.O. Box 227 | Telephone: 202-307-1355 |
| DJ 5-71-3294 | Washington, D.C. 20044 | Telecopier: 202-514-6866 |
| CMN 2021100798 | | |

Via First-Class Mail and Email

David Forst
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
DForst@fenwick.com

    Re: *Joshua and Jessica Jarrett v. United States*
       3:21-cv-00419 (M.D. TN.

Dear Mr. Forst:

  This refers to the above-entitled action in which plaintiffs seek a refund of federal income taxes for the 2019 tax year. We write to inform you that a full refund of $3,793, plus statutory interest, sought in the complaint for the 2019 tax year has been approved on behalf of the Attorney General.

  Accordingly, the Internal Revenue Service has been authorized and directed to schedule an overpayment of $3,793, plus statutory interest as provided by law for the 2019 tax year.

        Sincerely yours,

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

    By: DEBORAH MELAND
        *Digitally signed by DEBORAH MELAND*
        *Date: 2021.12.20 16:49:51 -05'00'*

        DEBORAH S. MELAND
        Chief, Civil Trial Section, Eastern Region