# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, JESSICA JARRETT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:21-cv-00419<br><br>District Judge William L. Campbell Jr.<br><br>Magistrate Judge Alistair E. Newbern |

## MOTION FOR ORAL ARGUMENT

Plaintiffs Joshua Jarrett and Jessica Jarrett, by and through their undersigned counsel, hereby move the Court for oral argument on the government's motion to dismiss. The government does not object to the Jarretts' request for oral argument.

The Jarretts believe oral argument is particularly appropriate here, as the government's memorandum in support of its motion to dismiss (Dkt. 42) does not discuss *Campbell-Ewald Co. v. Gomez*, 577 U.S. 153 (2016), a case that the Jarretts believe mandates denial of the government's motion. The Jarretts request an opportunity to respond to arguments raised by the government in its reply, particularly those arguments with respect to *Campbell-Ewald*.

Respectfully submitted,

CONSOVOY MCCARTHY PLLC
Cameron T. Norris
Jeffrey M. Harris
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

FENWICK & WEST LLP
/s/ David L. Forst
David L. Forst
Sean P. McElroy
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711
Telephone: 805.689.4577

DATED: March 14, 2022

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I electronically filed the foregoing Motion for Oral Argument with the Clerk of Court using the CM/ECF system, which sent notification to Defendant's Counsel:

**Ryan O'Connor McMonagle**
**Stephen S. Ho**
U.S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044
Ryan.McMonagle@usdoj.gov
Stephen.S.Ho@usdoj.gov


Dated: March 14, 2022

/s/ David L. Forst