# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action Number 3:21-cv-00419<br>) District Judge William L. Campbell, Jr. |
| UNITED STATES OF AMERICA, | ) Magistrate Judge Alistair Newbern<br>)<br>) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice, effective March 28, 2022, that the Nashville office of K&L Gates LLP has relocated to 501 Commerce Street, Suite 1500, Nashville, Tennessee 37203. The phone numbers, fax number, and email contacts remain the same.

Respectfully submitted,

/s/ Charles I. Malone
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Charles I. Malone (#22904)
charlie.malone@klgates.com
Jason W. Callen (#26255)
jason.callen@klgates.com
R. Gregory Parker (#32516)
greg.parker@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Plaintiffs Joshua Jarrett and Jessica Jarrett*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this April 24, 2022, on the following:

Jeffrey M. Harris
Cameron Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste 700
Arlington, VA 22209

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711

Ryan O'Conner McMonagle
U.S. Department of Justice, Tax Division
Civil Trial
P.O. Box 227
Washington, DC 20044

Davin Parker Lyon
Arnett, Draper & Hagood LLP
800 S. Gay Street, Suite 2300
First Horizon Plaza
Knoxville, TN 37929

David L. Forst
Sean P. McElroy
Fenwich & West LLP
801 California Street
Mountain View, CA 94041

Jacob A. Wittman
Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101

Stephen S. Ho
Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

/s/ Charles I. Malone