# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, JESSICA JARRETT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:21-cv-00419<br><br>District Judge William L. Campbell Jr.<br><br>Magistrate Judge Alistair E. Newbern |

## STIPULATION REGARDING MOTION TO DISMISS

On February 28, 2022, the government filed a motion to dismiss for lack of subject matter jurisdiction, which was fully briefed by the parties. *See* Dkts. 41, 51, 53. On March 28, 2022, the Jarretts filed a motion to amend their Complaint, which was also fully briefed. *See* Dkts. 55, 57, 58. On April 27, 2022, Magistrate Judge Newbern granted the Jarretts' motion to amend, and the Jarretts' First Amended Complaint was docketed by the Clerk of Court that same day. *See* Dkts. 60, 61.

To conserve party and court resources, the parties agree that the government's pending motion to dismiss not be denied as moot, and that the briefs filed in support and opposition may and should be treated as though they are directed toward the Jarretts' First Amended Complaint. *See Domus Dev. LLC v. Titan Dev. LLC*, 350 F. Supp. 3d 683, 685 n.1 (M.D. Tenn. 2018).

Respectfully submitted,

| | |
|---|---|
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General | CONSOVOY MCCARTHY PLLC<br>Cameron T. Norris<br>Jeffrey M. Harris<br>1600 Wilson Boulevard, Suite 700 |
|  /s/ Ryan O. McMonagle<br>RYAN O. MCMONAGLE<br>STEPHEN S. HO<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, DC 20044<br>(202) 307-1355; (202) 616-8994 (v)<br>(202) 514-6866 (f)<br>Ryan.McMonagle@usdoj.gov<br>Stephen.S.Ho@usdoj.gov | Arlington, VA 22209<br>Telephone: 703.243.9423<br><br>FENWICK & WEST LLP<br>/s/ David L. Forst<br>David L. Forst<br>Sean P. McElroy<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200 |
| *Counsel for Defendant* | J. Abraham Sutherland<br>104 Prospect Street<br>Black Mountain, NC 28711<br>Telephone: 805.689.4577<br><br>DATED: April 29, 2022<br><br>*Counsel for Plaintiffs* |