UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, et al., | |
| Plaintiffs, | Case No. 3:21-cv-00419 |
| v. | Judge William L. Campbell, Jr. |
| UNITED STATES OF AMERICA, | Magistrate Judge Alistair E. Newbern |
| Defendant. | |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on May 5, 2022. In light of the pending motion to dismiss (Doc. No. 41), which is jurisdictional in nature, the Court will SUSPEND all case management deadlines.

A telephone conference is set on July 26, 2022, at 10:00 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate. Counsel shall be prepared to discuss the status of the case and the feasibility of entering an amended case management order at that time.

If the motion to dismiss is denied in full or in part before that date, counsel shall move to set a case management conference and shall file a joint proposed amended case management order no later than seven days after entry of the order denying the motion to dismiss.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge