UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNTIED STATES OF AMERICA,<br><br>　　Defendant. | Case No. 3:21-cv-00419<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

　　The Magistrate Judge held a telephone conference with counsel for the parties on July 26, 2022. This matter has been stayed pending resolution of a motion to dismiss that raises a jurisdictional question. (Doc. No. 41.) Counsel agree that the matter should remain stayed at this time, and the Court finds good cause for doing so. If the motion to dismiss is denied, counsel shall move to set a case management conference no later than seven days after the issuance of the Court's order.

　　If the Court has not resolved the motion to dismiss by October 4, 2022, a telephonic case management conference is set at 9:30 a.m. on that date. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

　　It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge