# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JARRETT and JESSICA JARRETT, | )<br>)<br>) |
| Plaintiffs, | )   NO. 3:21-cv-00419 |
| v. | )<br>)   JUDGE CAMPBELL<br>)   MAGISTRATE JUDGE NEWBERN |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant | ) |

## ORDER

Pending before the Court is the United States' Motion to Dismiss Complaint (Doc. No. 41), which is fully briefed. (Doc. Nos. 42, 51, 53). Also before the Court are Plaintiffs' Motion for Oral Argument (Doc. No. 52), and the Coin Center's motion for leave to file an amicus brief (Doc. No. 49).

For the reasons stated in the accompanying Memorandum, the motion for oral argument (Doc. No. 52) and motion for leave to file an amicus brief (Doc. No. 49) are **DENIED**. The United States' Motion to Dismiss (Doc. No. 41) is **GRANTED**. Accordingly, this case is dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE