# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| JOSHUA JARRETT, JESSICA JARRETT | |
| Plaintiffs, | Case No. 3:21-cv-00419 |
| v. | District Judge William L. Campbell Jr. |
| UNITED STATES OF AMERICA, | Magistrate Judge Alistair E. Newbern |
| Defendant. | |

## NOTICE OF APPEAL

Plaintiffs Joshua Jarrett and Jessica Jarrett, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Sixth Circuit the opinion and order dismissing case entered in this action on September 30, 2022 (Dkt. Nos. 65, 66).

Respectfully submitted,

CONSOVOY MCCARTHY PLLC
Cameron T. Norris
Jeffrey M. Harris
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone:     703.243.9423

FENWICK & WEST LLP
/s/ David L. Forst
David L. Forst
Sean P. McElroy
Silicon Valley Center

801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

J. Abraham Sutherland
104 Prospect Street
Black Mountain, NC 28711
Telephone:    805.689.4577

DATED:        November 21, 2022

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which sent notification to Defendant's Counsel:

**Ryan O'Connor McMonagle**
**Stephen S. Ho**
U.S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044
Ryan.McMonagle@usdoj.gov
Stephen.S.Ho@usdoj.gov

Dated: November 21, 2022

/s/ David L. Forst